JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EZEKIEL RIVERA, by and through his successor in interest, SOLUNA LORA; SOLUNA LORA, individually; E.R., individually, by and through his Guardian Ad Litem, JOSEPHINA VILLAREAL,<br><br>   Plaintiffs,<br><br>   v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, a public entity; KERN COUNTY, a public entity; DEPUTY SWORDS, individually; DEPUTY CHAVEZ, individually; SHERIFF DONNY YOUNGBLOOD, individually; and DOES 1 through 10, individually,<br><br>   Defendants. | CASE NO.: 5:24-cv-00294-AB-SP<br><br>**ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. RULE 41(a)(1)(A)(i)** |

**ORDER**

On February 7, 2024, Plaintiffs filed a Voluntary Dismissal Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(i).

The Court, having considered Plaintiffs' Voluntary Dismissal and finding good cause therefor, hereby GRANTS dismissal.

This matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 10, 2024                    _____

                                                    Honorable André Birotte Jr.
                                                    United States District Judge